**Opinion issued June 9, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00019-CV

————————————

**RAMESH KAPUR, DBA AIC MANAGEMENT COMPANY, Appellant**

**V.**

**WINFIELD II OWNERS ASSOCIATION INC., RANDALL MANAGEMENT INC., AND CASEY LAMBRIGHT, Appellees**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Case No. 2014-45991**

---

## MEMORANDUM OPINION

Appellant, Ramesh Kapur, dba AIC Management Company, has neither established indigence, nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1 (listing requirements for establishing indigence), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault). After being

notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal).

We dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Brown, and Huddle.